ASSOCIATION OF NEW JERSEY STATE COLLEGE FACUL-
TIES, INC. v. THE NEW JERSEY BOARD OF HIGHER
EDUCATION.

May 14, 1974. Petition for certification granted.

STATE OF NEW JERSEY v. ROGER BROWN.

May 14, 1974. Petition for certification granted.

JEFFERSON CHEMICAL COMPANY, INC. v.
ROZILDA CHEMICALS, INC.

May 14, 1974. Petition for certification denied.

PAUL CASHEN v. FRANK SPANN.

May 14, 1974. Petition for certification granted. (See 125
*N. J. Super.* 386).

ARMANDO PELLICCIONI v.
SCHUYLER PACKING COMPANY.

May 14, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. JOHN BICANICH.

May 14, 1974. Petition for certification granted.